Opinion issued February 9, 2012.

 


 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 

 


 

 

 

 

In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-11-00727-CR

———————————

scott
huebner,
Appellant

V.

THE STATE OF TEXAS, Appellee



 



 

On Appeal from the 351st District Court 

Harris County, Texas



Trial Court Cause No. 1283473



 

MEMORANDUM
OPINION

Appellant,
Scott Huebner, has filed a motion to dismiss the appeal.   The motion complies with Texas Rule of
Appellate Procedure 42.2(a).  See Tex.
R. App. P. 42.2(a).
 We have not issued a decision in the
appeal.  The Clerk of this Court has sent
a duplicate copy to the trial court clerk. Id.

Accordingly,
we dismiss the appeal.  See Tex.
R. App. P. 43.2(f).
 We dismiss any pending motions as moot.

We direct the Clerk to issue the mandate within 10 days of
the date of this opinion.  See Tex.
R. App. P. 18.1.

PER CURIAM

Panel consists of Justices Keyes, Bland, and Sharp.

Do not publish. 
 Tex. R. App. P. 47.2(b).